194 So.2d 98

### Juanita W. REED and Husband, Eric Joseph Reed,

v.

### HOUSTON FIRE AND CASUALTY INSURANCE COMPANY et al.

#### No. 48542.

#### Feb. 3, 1967.

In re: Great American Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 192 So.2d 588.

Writ refused. The judgment is not final. All rights are reserved on this point in the event of an adverse judgment on the merits.

194 So.2d 99

### John S. RHODUS, individually and on behalf of the minor, Dean A. Rhodus

v.

### ALLSTATE INSURANCE COMPANY et al.

#### No. 48522.

#### Feb. 3, 1967.

In re: John S. Rhodus, individually and as administrator of the estate of his minor

child, Dean A. Rhodus, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 192 So.2d 226.

The application is denied. According to the facts of the case as found by the Court of Appeal, there appears no error in the judgment complained of.

SUMMERS, J., is of the opinion the writ should be granted.